*AO 440   (Rev.8/01) Summons in a Civil Action*

**UNITED STATES DISTRICT COURT**
FOR THE **NEW YORK-NORTHERN**

**SUMMONS IN A CIVIL ACTION**

*United States of America*
c/o **Gary Valerino   (Nyn7)**
**313 East Willow Street, Suite 201**
**Syracuse, NY   13203**

Case Number: 1:12-CV-1415(MAD/CFH)

*v.*

**Christopher Greene**

TO: *(Name and Address of Defendant)*
**Christopher Greene**
**97 Clinton St**
**Albany, NY   12202**

SSN **XXXXXX-0263**

*YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (Name and Address:*

**Gary Valerino   (Nyn7)**
**313 East Willow Street, Suite 201**
**Syracuse, NY   13203**

*an answer to the complaint which is served on you with this summons, within* 21 *days after service of this summons on you, exclusive of the day of service, or 60 days if you are the United States or a United States Agency, or an officer or employee of the United States described in Fed.R. Civ. P. 12 (a)(2) or (3).  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.*

[signature] Clerk of Court

United States District Court
for the **New York-Northern**
**US** Clerk Of Court
**P.O. Box 7367, 100 South Clinton Street**
**Syracuse, NY   13261-7367**

BY:  s/Wendy Lindskoog            DATE:    9/14/12
      DEPUTY CLERK